# EXHIBIT D

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PREBLE-RISH HAITI, S.A. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 21-cv-6704 (PKC) |
| REPUBLIC OF HAITI, ET AL. | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/03/2022__ .

I also certify that, as appears from this court's records, leave has been granted by the Court for immediate registration of this judgment in the Southern District of Texas for good cause shown.

Date: __2/11/2022__

CLERK OF COURT

__/s/ K. Mango__
Signature of ~~Clerk or~~ Deputy Clerk