IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PREBLE-RISH HAITI, S.A. | |
| Petitioner, | |
| | 22-cv-7503 (PKC) |
| - against - | |
| | Related cases: |
| | 21-cv-4960 (PKC) |
| REPUBLIC OF HAITI, BUREAU DE MONÉTISATION | 21-cv-6704 (PKC) |
| DE PROGRAMMES D'AIDE AU DÉVELOPPEMENT, | 21-cv-9040 (PKC) |
| | **FINAL** |
| Respondents | **JUDGMENT** |

---

P. KEVIN CASTEL, District Judge:

WHEREAS on June 29, 2023, the Court issued an Opinion and Order that granted Preble-Rish Haiti, S.A.'s ("PRH") petition to recognize, confirm, and enforce the Final Award of an international arbitration panel dated August 23, 2022, in the amount of $28,184,756.65, as against respondents the Republic of Haiti ("ROH") and the Bureau de Monétisation des Programmes d'Aide au Développement ("BMPAD") (ECF 51.);

WHEREAS counsel for PRH, as directed by the Court, has submitted a declaration calculating the pre-judgment interest due under the terms of the Final Award as $2,891,640.20 through the date of the Court's Order confirming the award (21-cv-6704 (PKC), ECF 117-1.), and respondents have made no objections to the calculation of pre-judgment interest (ECF 55.);

WHEREAS there are no outstanding issues requiring the Court's resolution;

NOW THEREFORE, pursuant to Rule 58, Fed. R. Civ. P., and upon all of the rulings and proceedings in this matter, the Court hereby enters Final Judgment in accordance with its prior Opinions, Orders, and rulings, and awards PRH judgment against ROH and BMPAD, jointly and severally, in the total amount of **$31,076,396.85**, consisting of $28,184,756.65 plus pre-judgment interest in the amount of $2,891,640.20.  Post-judgment interest shall accrue on the Final Judgment by operation of law at the federal rate.  28 U.S.C. § 1961.

Funds actually paid to PRH as a result of an attachment or garnishment by PRH pursuant to the Judgment in 21-cv-6704 (PKC), including $4,408,751.00 currently in the registry of the United States District for the Southern District of Texas, Docket 4:21-cv-1953, shall be applied toward satisfaction of this Final Judgment.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
         July 19, 2023