UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PREBLE-RISH HAITI, S.A.

                      Petitioner,                    22-cv-7503 (PKC)

        -against-                               ORDER

REPUBLIC OF HAITI and BUREAU DE
MONÉTISATION DES PROGRAMMES
D'AIDE AU DÉVELOPPMENT,

                      Respondents.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On June 29, 2023, this Court issued an Opinion and Order (the "June 29 Order") enforcing the Final Award of an international arbitration panel in favor of petitioner Preble-Rish Haiti, S.A. ("PRH") and against respondents Republic of Haiti ("ROH") and its agency Bureau de Monétisation des Programmes d'Aide au Développment ("BMPAD").  (ECF 51.)  Final Judgment in this action was entered July 20, 2023.  (ECF 58.)  PRH requests that the Court order the Clerk of Court to issue a "Clerk's Certification of a Judgment to be Registered in Another District" so that PRH may register the Final Judgment against BMPAD in the Southern District of Texas.  (ECF 70.)

        "A judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown."  28 U.S.C. 1963.  Final Judgment in this action was entered July 20, 2023.  (ECF 58.)  A notice of appeal has been filed

1

by ROH.  (ECF 62.)  BMPAD has not appeared in this action despite being named in the petition and served, and it has filed no notice of appeal.  (June 29 Order at 21–22.)  PRH requests the Court find there is good cause to register the Final Judgment against BMPAD because BMPAD has no known assets in this district and there are funds in the registry of the United States District Court for the Southern District of Texas available for use in satisfaction of the Final Judgment.  (ECF 70.)  ROH takes no position on the request but asks that any Order from the Court expressly state that registration of the Final Judgment extends only to BMPAD.  (ECF 71.)

        The Court finds good cause exists for PRH to register the Final Judgment in the Southern District of Texas as against BMPAD alone.

        PRH's application to register the Final Judgment in the Southern District of Texas as against BMPAD is GRANTED for good cause shown under 28 U.S.C. § 1963.  The Clerk of Court is directed to issue a Clerk's certification of judgment for registration in another district as to BMPAD only.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 7, 2023