S.D.N.Y. – N.Y.C.<br>
22-cv-7503<br>
Castel, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty-three.

Present:
    John M. Walker, Jr.,
    Reena Raggi,
    Richard J. Sullivan,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2023
```

Preble-Rish Haiti, S.A.,

        *Petitioner-Appellee*,

v.                                                                                            23-1096

Republic of Haiti,

        *Respondent-Appellant*,

Bureau De Monetisation Des Programmes
D'Aide Au Developpement,

        *Respondent*.

Appellant moves for a stay of the district court's judgment pending appeal. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. *See In re Nassau Cty. Strip Search Cases*, 783 F.3d 414 (2d Cir. 2015); *see also Nken v. Holder*, 556 U.S. 418, 434-35 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



CERTIFIED COPY ISSUED ON 11/17/2023